UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-15719 |
| SEAN W MCKANE | ) | |
| DANIELLE E MCKANE, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the Motion of the Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow Nationstar Mortgage LLC d/b/a Mr. Cooper to foreclose the mortgage or, in its sole discretion, to accept a short sale or deed in lieu of foreclosure on the property located at: 2539 Emerald Lane, Yorkville, IL 60560.

2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Nationstar Mortgage LLC d/b/a Mr. Cooper in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.

3. That Federal Bankruptcy Rule 4001(a)(3) is not applicable and Nationstar Mortgage LLC d/b/a Mr. Cooper may immediately implement and enforce this order granting relief from the automatic stay.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  January 11, 2019

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-082627