IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 17-15719 |
| Sean W McKane and Danielle E McKane ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge: Pamela S. Hollis (WILL) |

NOTICE OF WITHDRAWAL

TO: Sean W McKane and Danielle E McKane, 15528 Bowie Dr Westfield, IN 46074 via *US mail*
Trustee Glenn B Stearns *via ECF clerk's electronic delivery system*
U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*
Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, Texas 75261-9741 *via US mail*
SHAPIRO KREISMAN & ASSOCIATES, LLC, Michael N Burke, 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015 *via US mail*
Autumn Creek of Yorkville, c/o CAB, PO Box 66541, Phoenix, AZ, 85082 *via US Mail*
Secretary of Housing and Urban Development, Att: Bankruptcy Division, 451 7th Street S.W., Washington, D.C., 20410 *via US Mail*
See attached service list

PLEASE TAKE NOTICE that the Motion to Use Sell or Lease Property 363(b) that was filed on February 15, 2019 before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 is hereby withdrawn.

By:    /s/ *David H. Cutler*
       David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on March 20, 2019 before the hour of 5:00 p.m.

By:    /s/ David H. Cutler
       David H. Cutler, esq.
       Counsel for Debtor(s)
       Cutler & Associates, Ltd.
       4131 Main St. Skokie, IL 60076
       Phone: (847) 673-8600